UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff[s],<br><br>　　　　　v.<br><br>$28,235.00 IN U.S. CURRENCY,<br><br>　　　　Defendant.<br>_____<br>ADRIAN SHEA KIRK, YANCY ANTWJUAN GRIFFIE, TREVIONNE EMMANUEL DESHAUN STOCKDALE.<br><br>　　　　Claimants. | No. CV 15-03642-JAK(JPRX)<br><br>**CONSENT JUDGMENT**<br><br>JS-6 |

　　　Plaintiff United States of America and claimants Adrian Shea Kirk, Yancy Antwjuan Griffie, and Trevionne Emmanuel Deshaun Stockdale (collectively, the "Claimants") have entered into a stipulated request for the entry of this Consent Judgment of Forfeiture resolving all claims concerning the defendant, $28,235.00 in U.S. Currency (the "defendant currency") as follows:

　　　1.　　The government filed this civil forfeiture action against

1 the defendant $28,235.00 in United States Currency (the "defendant
2 currency") on May 14, 2015.  For the purposes of this Consent
3 Judgment, Claimants are deemed to have filed timely claims to the
4 defendant currency.  No other parties have filed claims or answers in
5 this action, or are believed to have any claim to the defendant
6 currency, and the time for filing claims and answers has expired.
7      2.   The Court has been duly advised of and has considered the
8 matter.  Based upon the mutual consent of the parties hereto and good
9 cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND**
10 **DECREES** that $18,353.75 of the defendant currency shall be forfeited
11 to the government and $9,882.25 (the remaining portion of the
12 defendant currency) shall be returned to claimants.  No interest,
13 actual or implied, shall be paid on the funds to be returned to
14 claimants.  The defendant currency shall be payable via ACH deposit
15 to the Trust Account of Paul Gabbert, Attorney at Law, 2115 Main
16 Street, Santa Monica, California 90405.
17      3.   In consideration of this settlement, Claimants release the
18 United States of America, its agencies, agents, and officers,
19 including employees and agents of the Drug Enforcement Administration
20 ("DEA"), from any and all claims, actions or liabilities arising out
21 of or related to the seizure and retention of the defendant currency
22 and/or this civil forfeiture action, including, without limitation,
23 any claim for attorneys' fees, costs or interest which may be
24 asserted on behalf of Claimant against the United States, whether
25 pursuant to 28 U.S.C. § 2465 or otherwise.
26      4.   The Court finds that there was reasonable cause for the
27 seizure of the defendant currency and the institution of this action.
28 The consent judgment shall be construed as a certificate of

reasonable cause pursuant to 28 U.S.C. § 2465.

5. Each of the parties to this Consent Judgment shall bear its own fees and costs in connection with the seizure, retention and return of the defendant currency.

DATED: September 4, 2015

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE